JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAYAN ZHOU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: CV12-10848 DMG (PLAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**<br>**[FRCP 41(a)(1)] [17]** |

　　In accordance with the parties' stipulation, this action is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: January 2, 2014

_____
DOLLY M. GEE
United States District Judge